UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

SUPPRESSED

**FILED**

JUL 27 2016

U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES OF AMERICA, )
)
Plaintiff, )
) No.
vs. )
)
DONTEZ HANDY, )    **4:16CR328 CEJ/PLC**
)
Defendant. )

## INDICTMENT

### COUNT ONE

The Grand Jury charges that:

On or about June 1, 2016, in the County of St. Louis, within the Eastern District of Missouri,

**DONTEZ HANDY,**

the Defendant herein, having been previously convicted of one or more crimes punishable by a term of imprisonment exceeding one year, did knowingly possess a firearm, which traveled in interstate or foreign commerce during or prior to being in the Defendant's possession.

In violation of Title 18, United States Code, Section 922(g)(1).

A TRUE BILL

_____
FOREPERSON

RICHARD G. CALLAHAN
United States Attorney

_____
SAYLER A. FLEMING, #58775MO
Assistant United States Attorney